

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 18, 2020

**By ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Application GRANTED.  Government shall respond by October 9, 2020.  Defendant may reply by October 28, 2020.

SO ORDERED.
September 18, 2020.   _____
                                              P. Kevin Castel
                                              United States District Judge

Re:  *United States v. Joseph Maldonado*, 11 Cr. 568-03 (PKC)

Dear Judge Castel:

    The Government respectfully submits this letter request for an extension of time to respond to the defendant Joseph Maldonado's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) (the "Motion").  On August 5, 2020, the defendant filed the Motion.  On August 19, 2020, the Court ordered the Government to respond by September 11, 2020.  The undersigned was notified regarding the pending Motion on September 17, 2020.  The Government apologies for the delay and respectfully asks for an extension until and including October 9, 2020 to file a response.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

by:  _____
    Danielle M. Kudla
    Assistant United States Attorney
    (212) 637-2304

CC:  Joseph Maldonado
    Reg. No. 65114-054
    FCI Fort Dix
    P.O. Box 2000
    Joint Base MDL, NJ 08640